No. 93–8877. WILSON v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 93–8890. ROCHON v. ROEMER, GOVERNOR OF LOUISIANA, ET AL. Sup. Ct. La. Certiorari denied.

No. 93–8891. MOSLEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–8894. MLO v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 93–8899. WILLIAMS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–8922. JONES v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–8924. JACKSON v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–8929. DEANGELO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8937. LAGATTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8980. CHEVALIER v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–8981. STARNES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8991. ANDERSEN v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 93–9018. DRAKE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 93–9036. DEARINGER v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 93–9040. ARDITI v. RUNYON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.